E-FILED
Thursday, 15 July, 2021  12:29:26 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

FILED
6/7/2021 2:38 PM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: TS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

THIS CASE IS SET FOR A MANAGEMENT CONFERENCE
ON __December 9__ 2021
AT _9:15AM_ AM PM IN COURTROOM _101_
OF __Tazewell County Courthouse__
IF THE DEFENDANT(S) ANSWER(S) MORE THAN 35 DAYS
BEFORE THIS DATE, THEN THE PARTIES SHALL
SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN
35 DAYS OF THE DATE THE ANSWER'S PLED.

Jury Demand
2021-L-000055

## **COMPLAINT**

### **COUNT I**

NOW COMES the Plaintiff, NICHOLAS A. MCDANIEL (hereinafter "NICHOLAS"), by and through his attorneys, STRONG LAW OFFICES, and complaining of the Defendant, MATTHEW S. MARXEN (hereinafter "MATTHEW"), alleges as follows:

1.  That on or about January 14, 2020, NICHOLAS was operating a 2002 Chevrolet Silverado with VIN No. 2GCEC19V321403107 and bearing Illinois License Plate No. 5631RN-B (hereinafter "CHEVROLET") in a westbound direction on West Birchwood Street, at or near its intersection with the ramp to northbound I-155, in the Village of Morton, County of Tazewell, State of Illinois.

2.  That on or about January 14, 2020, MATTHEW was operating a 2017 Freightliner (hereinafter "FREIGHTINER"), and traveling in a westbound

direction on West Birchwood Street, at or near its intersection with the ramp to northbound I-155, in the Village of Morton, County of Tazewell, State of Illinois.

3.  That on or about January 14, 2020, the co-Defendant, STANDARD FORWARDING, LLC (hereinafter "STANDARD"), owned, operated, leased, controlled, and/or maintained the FREIGHTLINER being operated by MATTHEW.

4.  That at the aforesaid time and place, MATTHEW was acting in the capacity of agent, servant, and/or employee of STANDARD.

5.  That at the aforementioned time and place, a collision occurred between the CHEVROLET operated by NICHOLAS and the FREIGHTLINER operated by MATTHEW.

6.  That at all times relevant and material herein, MATTHEW was employed by and/or was an agent of STANDARD and was within the scope of his employment at the time of this accident.

7.  That at the aforementioned time and place, the CHEVROLET operated by NICHOLAS struck the driver's side of the FREIGHTLINER operated by MATTHEW.

8.  That at the aforementioned time and place and at all relevant times herein, MATTHEW was under a duty to exercise ordinary and reasonable care in the operation of said FREIGHTLINER so as not to unreasonably endanger other persons then and there on and/or about the roadway, including NICHOLAS.

9.      That at all relevant times herein, MATTHEW was required to obey all applicable traffic laws and to operate said FREIGHTLINER in a safe manner.

10.     That at the aforementioned time and place and at all relevant times herein and notwithstanding the foregoing duty, MATTHEW did then and there commit one or more of the following careless and/or negligent acts and/or omissions:

a.      Failed to maintain an adequate and proper lookout;

b.      Attempted a U turn when such movement could not be made safely and without interfering with other traffic in violation of 625 ILCS 5/11-801(a);

c.      Operated a motor vehicle without brakes adequate to control its movement and to stop and hold it in violation of 625 ILCS 5/12-301;

d.      Failed to sound his horn or otherwise warn NICHOLAS of the impending collision in violation of 625 ILCS 5/12-601;

e.      Failed to see and observe the vehicle being operated by NICHOLAS when it could and should have been seen and observed;

f.      Failed to decrease the speed of said vehicle so as to avoid colliding with the vehicle being operated by NICHOLAS in violation of 625 ILCS 5/11-601(a);

g.      Failed to stop said vehicle in time to avoid said collision although MATTHEW saw or should have seen that it was impending and had ample time and opportunity to avoid it;

h.      Failed to stop said vehicle in time to avoid striking the vehicle being operated by NICHOLAS;

i.      Failed to operate said vehicle at a reasonable and proper speed;

j.      Operated said vehicle at a speed which was greater than reasonable and proper in violation of 625 ILCS 5/11-601;

      k.     Failed to have due regard for the traffic upon and condition of the road in violation of 625 ILCS 5/11-710;

      l.     Failed to reduce the speed of said vehicle or take other evasive action in order to avoid an imminent collision in violation of 625 ILCS 5/11-601; and

      m.    Otherwise drove said FREIGHTLINER in a negligent and/or careless manner.

11.     That at the aforementioned time and place, MATTHEW was then and there guilty of one or more of the aforementioned careless and/or negligent acts and/or omissions.

12.     That one or more of the aforementioned acts and/or omissions constituting legal misconduct of MATTHEW was a proximate cause of the aforementioned motor vehicle collision and of NICHOLAS's personal injuries as hereinafter mentioned.

13.     That as a direct and proximate result of one or more of the aforementioned acts and/or omissions of MATTHEW, NICHOLAS did then and there sustain severe and permanent injuries, both internally and externally; was and will, in the future, be hindered and prevented from attending to his usual duties and affairs of life; has lost and will, in the future, lose the value of that time as aforementioned; and has suffered a loss of earning capacity as aforementioned.

14.     That NICHOLAS suffered great pain and anguish, both in mind and body, and will, in the future, continue to so suffer.

15.  That NICHOLAS further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE the Plaintiff, NICHOLAS A. MCDANIEL, hereby prays for judgment in his favor and against the Defendant, MATTHEW S. MARXEN, in an amount to satisfy the jurisdictional limitation of this Court and for such additional amounts as the jury and this Court shall deem fair and appropriate, plus the costs of this suit herein.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES.**

## <u>COUNT II</u>

NOW COMES the Plaintiff, NICHOLAS A. MCDANIEL (hereinafter "NICHOLAS"), by and through his attorneys, STRONG LAW OFFICES, and complaining of the Defendant, STANDARD FORWARDING, LLC a/k/a DHL FREIGHT (USA) d/b/a DHL FREIGHT (hereinafter "STANDARD"), alleges as follows:

1-15.  That NICHOLAS repeats and realleges paragraphs 1 through 15 of Count I of this Complaint as and for paragraphs 1 through 15 of this Count II with full force and effect as if pleaded here in full.

16.  That at the aforementioned time and place, STANDARD owned the aforementioned FREIGHTLINER which was being operated and controlled by its agent, servant, and/or employee, MATTHEW.

17.  That at all relevant times herein, MATTHEW was an agent, servant, and/or employee of STANDARD.

18.     That at all times relevant and material herein, STANDARD did obtain a benefit from the work of MATTHEW while he was working in the capacity of agent, servant, and/or employee of STANDARD.

19.     That at all times relevant and material herein, STANDARD had an opportunity to be and was in control of MATTHEW, as MATTHEW was an agent, servant, and/or employee of STANDARD and MATTHEW was in the course of his employment at the time of the accident complained of herein.

20.     That at all times relevant and material herein, STANDARD, by its agent, servant, and/or employee, MATTHEW, had a duty to exercise reasonable and ordinary care with respect to the safety of NICHOLAS and others then and there on the roadway.

21.     That at the aforementioned time and place and at all relevant times herein and notwithstanding the foregoing duty, STANDARD did then and there commit one or more of the following careless and/or negligent acts and/or omissions:

a.     Permitted said FREIGHTLINER to be operated without brakes adequate to control its movement and to stop and hold it in violation of 625 ILCS 5/12-301;

b.     Permitted said FREIGHTLINER to be operated in an improper, unreasonable, and dangerous manner;

c.     Failed to adequately and properly train MATTHEW to operate said FREIGHTLINER;

d.     Failed to adequately and properly supervise MATTHEW in the operation of said FREIGHTLINER;

    e.      Retained an operator of said FREIGHTLINER who was known to be an unfit operator;

    f.       Permitted the operation of said FREIGHTLINER by an unfit operator;

    g.     Failed to adequately and properly intervene in the improper and dangerous operation of said FREIGHTLINER;

    h.     Failed to adequately train MATTHEW in order to prevent each of the allegations in Paragraph 10 in Count I;

    i.       Failed to have an adequate policy to prevent each of the allegations in Paragraph 10 of Count I, subparagraphs a through m;

    j.       Failed to have an adequate policy to prevent each of the above allegations, subparagraphs a through i;

    k.     Failed to have an adequate policy to correct each of the allegations in Paragraph 10 of Count I, subparagraphs a through m;

    l.       Failed to have an adequate policy to correct each of the above allegations, subparagraphs a through i;

    m.    Failed to have an adequate policy to train to prevent each of the allegations in Paragraph 10 of Count I, subparagraphs a through m; and

    n.     Failed to have an adequate policy to train to prevent each of the above allegations, subparagraphs a through i.

22.    That at the aforementioned time and place, STANDARD was then and there guilty of one or more of the aforementioned careless and/or negligent acts and/or omissions.

23.    That one or more of the aforementioned acts and/or omissions constituting legal misconduct of STANDARD was a proximate cause of the aforementioned motor vehicle collision and of NICHOLAS's personal injuries as hereinafter mentioned.

24.     That one or more of the aforementioned acts and/or omissions constituting legal misconduct of STANDARD, by and through its agent, servant, and/or employee, MATTHEW, was a proximate cause of the aforementioned motor vehicle collision and of NICHOLAS's personal injuries as hereinafter mentioned.

25.     That as a direct and proximate result of one or more of the aforementioned acts and/or omissions of STANDARD, NICHOLAS did then and there sustain severe and permanent injuries, both internally and externally; was and will, in the future, be hindered and prevented from attending to his usual duties and affairs of life; has lost and will, in the future, lose the value of that time as aforementioned; and has suffered a loss of earning capacity as aforementioned.

26.     That NICHOLAS suffered great pain and anguish, both in mind and body, and will, in the future, continue to so suffer.

27.     That NICHOLAS further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

28.     That this complaint is being brought pursuant to the principles of *respondeat superior* and agency.

WHEREFORE the Plaintiff, NICHOLAS A. MCDANIEL, hereby prays for judgment in his favor and against the Defendant, STANDARD FORWARDING, LLC a/k/a DHL FREIGHT (USA) d/b/a DHL FREIGHT, in an amount to satisfy the

jurisdictional limitation of this Court and for such additional amounts as the jury and this Court shall deem fair and appropriate, plus the costs of this suit herein.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES.**

## COUNT III

NOW COMES the Plaintiff, NICHOLAS A. MCDANIEL (hereinafter "NICHOLAS"), by and through his attorneys, STRONG LAW OFFICES, and complaining of the Defendant, DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT (hereinafter "DHL"), alleges as follows:

1-15.    That NICHOLAS repeats and realleges paragraphs 1 through 15 of Count I of this Complaint as and for paragraphs 1 through 15 of this Count III with full force and effect as if pleaded here in full.

16.    That at the aforementioned time and place, DHL owned the aforementioned FREIGHTLINER which was being operated and controlled by its agent, servant, and/or employee, MATTHEW.

17.    That at all relevant times herein, MATTHEW was an agent, servant, and/or employee of DHL.

18.    That at all times relevant and material herein, DHL did obtain a benefit from the work of MATTHEW while he was working in the capacity of agent, servant, and/or employee of DHL.

19.    That at all times relevant and material herein, DHL had an opportunity to be and was in control of MATTHEW, as MATTHEW was an agent, servant,

and/or employee of DHL and MATTHEW was in the course of his employment at the time of the accident complained of herein.

20. That at all times relevant and material herein, DHL, by its agent, servant, and/or employee, MATTHEW, had a duty to exercise reasonable and ordinary care with respect to the safety of NICHOLAS and others then and there on the roadway.

21. That at the aforementioned time and place and at all relevant times herein and notwithstanding the foregoing duty, DHL did then and there commit one or more of the following careless and/or negligent acts and/or omissions:

   a. Permitted said FREIGHTLINER to be operated without brakes adequate to control its movement and to stop and hold it in violation of 625 ILCS 5/12-301;

   b. Permitted said FREIGHTLINER to be operated in an improper, unreasonable, and dangerous manner;

   c. Failed to adequately and properly train MATTHEW to operate said FREIGHTLINER;

   d. Failed to adequately and properly supervise MATTHEW in the operation of said FREIGHTLINER;

   e. Retained an operator of said FREIGHTLINER who was known to be an unfit operator;

   f. Permitted the operation of said FREIGHTLINER by an unfit operator;

   g. Failed to adequately and properly intervene in the improper and dangerous operation of said FREIGHTLINER;

   h. Failed to adequately train MATTHEW in order to prevent each of the allegations in Paragraph 10 in Count I;

i.    Failed to have an adequate policy to prevent each of the allegations in Paragraph 10 of Count I, subparagraphs a through m;

j.    Failed to have an adequate policy to prevent each of the above allegations, subparagraphs a through i;

k.    Failed to have an adequate policy to correct each of the allegations in Paragraph 10 of Count I, subparagraphs a through m;

l.    Failed to have an adequate policy to correct each of the above allegations, subparagraphs a through i;

m.    Failed to have an adequate policy to train to prevent each of the allegations in Paragraph 10 of Count I, subparagraphs a through m; and

n.    Failed to have an adequate policy to train to prevent each of the above allegations, subparagraphs a through i.

22.    That at the aforementioned time and place, DHL was then and there guilty of one or more of the aforementioned careless and/or negligent acts and/or omissions.

23.    That one or more of the aforementioned acts and/or omissions constituting legal misconduct of DHL was a proximate cause of the aforementioned motor vehicle collision and of NICHOLAS's personal injuries as hereinafter mentioned.

24.    That one or more of the aforementioned acts and/or omissions constituting legal misconduct of DHL, by and through its agent, servant, and/or employee, MATTHEW, was a proximate cause of the aforementioned motor vehicle collision and of NICHOLAS's personal injuries as hereinafter mentioned.

25.    That as a direct and proximate result of one or more of the aforementioned acts and/or omissions of DHL, NICHOLAS did then and there sustain

severe and permanent injuries, both internally and externally; was and will, in the future, be hindered and prevented from attending to his usual duties and affairs of life; has lost and will, in the future, lose the value of that time as aforementioned; and has suffered a loss of earning capacity as aforementioned.

26.   That NICHOLAS suffered great pain and anguish, both in mind and body, and will, in the future, continue to so suffer.

27.   That NICHOLAS further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

28.   That this complaint is being brought pursuant to the principles of *respondeat superior* and agency.

WHEREFORE the Plaintiff, NICHOLAS A. MCDANIEL, hereby prays for judgment in his favor and against the Defendant, DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT, in an amount to satisfy the jurisdictional limitation of this Court and for such additional amounts as the jury and this Court shall deem fair and appropriate, plus the costs of this suit herein.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY OF ALL ISSUES.**

Respectfully Submitted,
NICHOLAS A. MCDANIEL, Plaintiff

By:_____

Todd A. Strong, ARDC No.: 6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme*
*Court Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | Jury Demand |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DAMAGES

NOW COMES the affiant, TODD A. STRONG of STRONG LAW OFFICES, and

hereby affirms and states the following beliefs under oath:

1.       That the damages to the Plaintiff, NICHOLAS A. MCDANIEL, exceed

FIFTY THOUSAND DOLLARS ($50,000.00) as a result of the occurrence

herein complained herein.

FURTHER, the affiant sayeth not.

Dated: 10-7-21 _____

_____
Todd A. Strong

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 7th DAY
OF June , 2021.

SHELLEY M. SMITH
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 07, 2021

_____
NOTARY PUBLIC

2021-L-_____
Page 14 of 14

FILED
6/7/2021 2:38 PM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: TS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **2021-L-000055** |
| v. | ) | Case No.: |
| | ) | Jury Demand |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

The undersigned demands a trial by jury.

By: */s/ Todd A. Strong*

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme
Court Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| Plaintiff, | ) | Jury Demand |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) Please Serve: | |
| MATTHEW S. MARXEN, STANDARD FORWARDING, | ) | Matthew S. Marxen |
| LLC a/k/a DHL FREIGHT (USA) a/k/a DHL FREIGHT, | ) | 522 E. 31st Street |
| and DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT, | ) | Davenport, IA 52803 |
| Defendants. | ) | |

**SUMMONS**

To the defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory with limited exceptions.  To e-file, you must first create an account with an e-filing service provider.  Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.  If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail.  Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver.  For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org.  You can also ask your local circuit clerk's office for a fee waiver application.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after its date.

WITNESS, _____ June 9 _____, 2021

_____ GE
Clerk of Court

(Seal of Court)

Name:   Todd A. Strong / Strong Law Offices
ARDC Nos.:  6226190
Attorney for:  Plaintiff
Address:  3100 N. Knoxville Avenue
               Peoria IL 61603
Telephone:  (309) 688-5297
todd@stronglawoffices.com / info@stronglawoffices.com / shelley@stronglawoffices.com

SHERIFF'S FEES

SERVICE AND RETURN $_____
MILES_____
TOTAL $_____

_____

Sheriff of _____ County

I certify that I served this summons on the defendants as follows:

- (Individual defendants-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

NAME OF DEFENDANT                         DATE OF SERVICE

_____          _____

_____          _____

- (Individual defendants-abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage properly prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant       Person with whom left   Date of Service   Date of Mailing

_____       _____     _____     _____

_____       _____     _____     _____

- (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant corporation   Registered Agent        Officer or Agent        Date of Service

_____     _____         _____       _____

_____     _____         _____       _____

- (other service)

_____

Sheriff of _____ County

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| Plaintiff, | ) | Jury Demand |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) Please Serve: | |
| MATTHEW S. MARXEN, STANDARD FORWARDING, | ) | C T Corporation System, |
| LLC a/k/a DHL FREIGHT (USA) d/b/a DHL FREIGHT, | ) | R.A. for Standard Forwarding |
| and DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT, | ) | 208 S. LaSalle Street, Suite 814 |
| Defendants. | ) | Chicago, IL 60604 |

**SUMMONS**

To the defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory with limited exceptions.  To e-file, you must first create an account with an e-filing service provider.  Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.
If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.  If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail.  Ask your circuit clerk for more information or visit www.illinoislegalaid.org.
If you are unable to pay your court fees, you can apply for a fee waiver.  For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org.  You can also ask your local circuit clerk's office for a fee waiver application.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after its date.

WITNESS, _____ June 9 _____, 2021

_____ GE

Clerk of Court

Name:   Todd A. Strong / Strong Law Offices
ARDC Nos.:  6226190
Attorney for:  Plaintiff
Address:  3100 N. Knoxville Avenue
                    Peoria IL 61603
Telephone:  (309) 688-5297
todd@stronglawoffices.com / info@stronglawoffices.com / shelley@stronglawoffices.com

SHERIFF'S FEES

SERVICE AND RETURN $_____

MILES_____

TOTAL $_____

_____

Sheriff of _____ County

I certify that I served this summons on the defendants as follows:

- (Individual defendants-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

NAME OF DEFENDANT                         DATE OF SERVICE

_____        _____

_____        _____

- (Individual defendants-abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage properly prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant        Person with whom left    Date of Service    Date of Mailing

_____        _____    _____    _____

_____        _____    _____    _____

- (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant corporation    Registered Agent        Officer or Agent        Date of Service

_____    _____    _____    _____

_____    _____    _____    _____

- (other service)

_____

Sheriff of _____ County

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| Plaintiff, | ) | Jury Demand |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) Please Serve: | |
| MATTHEW S. MARXEN, STANDARD FORWARDING, | ) | C T Corporation System, |
| LLC a/k/a DHL FREIGHT (USA) d/b/a DHL FREIGHT, | ) | R.A. for DHL Freight (USA), Inc. |
| and DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT, | ) | 4400 Easton Commons Way |
| Defendants. | ) | Columbus, OH 43219 |

**SUMMONS**

To the defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory with limited exceptions.  To e-file, you must first create an account with an e-filing service provider.  Visit
http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.
If you need additional help or have trouble e-filing, visit
http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.  If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail.  Ask your circuit clerk for more information or visit www.illinoislegalaid.org.
If you are unable to pay your court fees, you can apply for a fee waiver.  For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org.  You can also ask your local circuit clerk's office for a fee waiver application.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after its date.

WITNESS, _____ June 9 _____, 2021

_____ GE

Clerk of Court

Name:  Todd A. Strong / Strong Law Offices
ARDC Nos.:  6226190
Attorney for:  Plaintiff
Address:  3100 N. Knoxville Avenue
　　　　　　Peoria IL 61603
Telephone:  (309) 688-5297
todd@stronglawoffices.com / info@stronglawoffices.com / shelley@stronglawoffices.com

SHERIFF'S FEES

SERVICE AND RETURN $_____
MILES_____
TOTAL $_____

_____

Sheriff of _____ County

I certify that I served this summons on the defendants as follows:

- (Individual defendants-personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

NAME OF DEFENDANT                    DATE OF SERVICE

_____        _____

_____        _____

- (Individual defendants-abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage properly prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of defendant       Person with whom left   Date of Service   Date of Mailing

_____      _____     _____     _____

_____      _____     _____     _____

- (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

Defendant corporation   Registered Agent        Officer or Agent        Date of Service

_____     _____      _____      _____

_____     _____      _____      _____

- (other service)

_____

Sheriff of _____ County

FILED
6/23/2021 7:32 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: LR

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBPOENA FOR DISCOVERY DOCUMENTS

TO:  Morton Fire Department
     Attn:  Records
     300 W. Courtland Street
     Morton, IL 61550

YOU ARE COMMANDED to appear and produce records before a notary public at the

offices of STRONG LAW OFFICES, 3100 N. Knoxville Avenue, Peoria, Illinois, **Monday, July**

**19, 2021, at 9:00 a.m.**

YOU ARE COMMANDED ALSO to bring the following:

UNREDACTED COPIES OF ANY AND ALL DOCUMENTS,

INVESTIGATION REPORTS, MEMORANDA, 911

TRANSCRIPTS, PHOTOGRAPHS OF THE SCENE OF THE

ACCICENT, PHOTOGRAPHS OF THE VEHICLES INVOLVED

IN THE ACCIDENT, DIAGRAMS OF THE SCENE OF THE

ACCIDENT, AND ANY AND ALL WRITTEN MATERIALS

involving **NICHOLAS A. MCDANIEL ON JANUARY 14, 2020**

**AT THE INTERSECTION OF WEST BIRCHWOOD STREET AND I-155 NORTH IN MORTON, ILLINOIS**, but not limited to the items listed on the attached Exhibit "A."

## EXHIBIT "A"

The following documents shall be produced:

UNREDACTED COPIES OF ANY AND ALL DOCUMENTS, INVESTIGATION REPORTS, MEMORANDA, 911 TRANSCRIPTS, PHOTOGRAPHS OF THE SCENE OF THE ACCICENT, PHOTOGRAPHS OF THE VEHICLES INVOLVED IN THE ACCIDENT, DIAGRAMS OF THE SCENE OF THE ACCIDENT, AND ANY AND ALL WRITTEN MATERIALS involving **NICHOLAS A. MCDANIEL ON JANUARY 14, 2020 AT THE INTERSECTION OF WEST BIRCHWOOD STREET AND I-155 NORTH IN MORTON, ILLINOIS.**

**YOUR FAILURE TO APPEAR I RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

By: *Is/ Todd A. Strong*

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

FILED
6/23/2021 7:32 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: LR

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF COPYING RECORDS</u>

TO:   Morton Fire Department
        Attn:  Records
        300 W. Courtland Street
        Morton, IL 61550

PLEASE TAKE NOTICE that on **Monday, July 19, 2021 at 9:00 a.m.\*** Plaintiff will take for purposes of discovery, under Supreme Court Rule 202, the deposition of the Custodian of Records of **Morton Fire Department** regarding **Nicholas A. McDaniel** at the offices of STRONG LAW OFFICES, 3100 N. Knoxville Avenue, Peoria, Illinois, at which time and place you are hereby notified to appear and take part in said examination as you may be advised and as shall be fit and proper.

**\*No deposition will actually be taken, said deposition
is only for the purpose of copying records only.**

NICHOLAS A. MCDANIEL, Plaintiff


By: */s/ Todd A. Strong*

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court*
*Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## PROOF OF SERVICE

The undersigned hereby certifies that the foregoing Plaintiff's Subpoena for Discovery Documents and Notice of Copying Records were filed electronically with the Tazewell County Circuit Clerk using the Odyssey eFileIL system on the 23rd day of June, 2021, and will be sent by Strong Law Offices by depositing the same in the United States Mail in Peoria, Illinois, proper postage pre-paid, to the following upon receipt:

Morton Fire Department
Attn:  Records
300 W. Courtland Street
Morton, IL 61550

/s/ Todd A. Strong
Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

FILED
6/23/2021 7:32 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: LR

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>SUBPOENA FOR DISCOVERY DOCUMENTS</u>**

TO:   Illinois Department of Transportation
       Office of the Chief Counsel
       2300 S. Dirksen Parkway, Room 313
       Springfield, IL 62764

YOU ARE COMMANDED to appear and produce records before a notary public at the

offices of STRONG LAW OFFICES, 3100 N. Knoxville Avenue, Peoria, Illinois, **Monday, July**

**19, 2021, at 9:00 a.m.**

YOU ARE COMMANDED ALSO to bring the following:

UNREDACTED COPIES OF ANY AND ALL DOCUMENTS,

INVESTIGATION REPORTS, MEMORANDA, 911

TRANSCRIPTS, PHOTOGRAPHS OF THE SCENE OF THE

ACCICENT, PHOTOGRAPHS OF THE VEHICLES INVOLVED

IN THE ACCIDENT, DIAGRAMS OF THE SCENE OF THE

ACCIDENT, AND ANY AND ALL WRITTEN MATERIALS

involving **<u>NICHOLAS A. MCDANIEL ON JANUARY 14, 2020</u>**

**AT THE INTERSECTION OF WEST BIRCHWOOD STREET AND I-155 NORTH IN MORTON, ILLINOIS**, but not limited to the items listed on the attached Exhibit "A."

## EXHIBIT "A"

The following documents shall be produced:

UNREDACTED COPIES OF ANY AND ALL DOCUMENTS, INVESTIGATION REPORTS, MEMORANDA, 911 TRANSCRIPTS, PHOTOGRAPHS OF THE SCENE OF THE ACCICENT, PHOTOGRAPHS OF THE VEHICLES INVOLVED IN THE ACCIDENT, DIAGRAMS OF THE SCENE OF THE ACCIDENT, AND ANY AND ALL WRITTEN MATERIALS involving **NICHOLAS A. MCDANIEL ON JANUARY 14, 2020 AT THE INTERSECTION OF WEST BIRCHWOOD STREET AND I-155 NORTH IN MORTON, ILLINOIS.**

**YOUR FAILURE TO APPEAR I RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

By: */s/ Todd A. Strong*

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court Rule 131(d):*
todd@stronglawoffices.com
info@stronglawoffices.com
shelley@stronglawoffices.com
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

FILED
6/23/2021 7:32 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: LR

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF COPYING RECORDS</u>

TO:    Illinois Department of Transportation
Office of the Chief Counsel
2300 S. Dirksen Parkway, Room 313
Springfield, IL 62764

PLEASE TAKE NOTICE that on **Monday, July 19, 2021 at 9:00 a.m.\*** Plaintiff will take for purposes of discovery, under Supreme Court Rule 202, the deposition of the Custodian of Records of the **Illinois Department of Transportation** regarding **Nicholas A. McDaniel** at the offices of STRONG LAW OFFICES, 3100 N. Knoxville Avenue, Peoria, Illinois, at which time and place you are hereby notified to appear and take part in said examination as you may be advised and as shall be fit and proper.

**\*No deposition will actually be taken, said deposition
is only for the purpose of copying records only.**

NICHOLAS A. MCDANIEL, Plaintiff


By: */s/ Todd A. Strong*
_____

Todd A. Strong, ARDC No.: 6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court*
*Rule 131(d):*
todd@stronglawoffices.com
info@stronglawoffices.com
shelley@stronglawoffices.com
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## **PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing Plaintiff's Subpoena for Discovery Documents and Notice of Copying Records were filed electronically with the Tazewell County Circuit Clerk using the Odyssey eFileIL system on the 23rd day of June, 2021, and will be sent by Strong Law Offices by depositing the same in the United States Mail in Peoria, Illinois, proper postage pre-paid, to the following upon receipt:

Illinois Department of Transportation
Office of the Chief Counsel
2300 S. Dirksen Parkway, Room 313
Springfield, IL 62764

/s/ Todd A. Strong
_____
Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court Rule 131(d):*
todd@stronglawoffices.com
info@stronglawoffices.com
shelley@stronglawoffices.com
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

FILED
6/23/2021 7:32 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: LR

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF COPYING RECORDS</u>

TO:    Ann, Inc. d/b/a Joe's Wrecker Service and d/b/a Joe's Towing & Recovery
       Attn:  Records
       2233 Springfield Road
       Bloomington, IL  61701

PLEASE TAKE NOTICE that on **Monday, July 19, 2021 at 9:00 a.m.\*** Plaintiff will take for purposes of discovery, under Supreme Court Rule 202, the deposition of the Custodian of Records of **Ann, Inc. d/b/a Joe's Wrecker Service and d/b/a Joe's Towing & Recovery** regarding **Nicholas A. McDaniel** at the offices of STRONG LAW OFFICES, 3100 N. Knoxville Avenue, Peoria, Illinois, at which time and place you are hereby notified to appear and take part in said examination as you may be advised and as shall be fit and proper.

**\*No deposition will actually be taken, said deposition
is only for the purpose of copying records only.**

NICHOLAS A. MCDANIEL, Plaintiff


By: *Isl Todd A. Strong*

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court*
*Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | |
|---|---|
| NICHOLAS A. MCDANIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2021-L-000055 |
| | ) |
| MATTHEW S. MARXEN, | ) |
| STANDARD FORWARDING, LLC a/k/a | ) |
| DHL FREIGHT (USA) d/b/a | ) |
| DHL FREIGHT, and | ) |
| DHL FREIGHT (USA), INC. d/b/a | ) |
| DHL FREIGHT, | ) |
| | ) |
| Defendants. | ) |

## **PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing Plaintiff's Subpoena for Discovery Documents and Notice of Copying Records were filed electronically with the Tazewell County Circuit Clerk using the Odyssey eFileIL system on the 23rd day of June, 2021, and will be sent by Strong Law Offices by depositing the same in the United States Mail in Peoria, Illinois, proper postage pre-paid, to the following upon receipt:

Ann, Inc. d/b/a Joe's Wrecker Service and d/b/a Joe's Towing & Recovery
Attn:  Records
2233 Springfield Road
Bloomington, IL  61701


/s/ Todd A. Strong

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

FILED
6/23/2021 7:32 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: LR

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBPOENA FOR DISCOVERY DOCUMENTS

TO:    Morton Police Department
       Attn:  Records
       375 W. Birchwood Street
       Morton, IL 61550

YOU ARE COMMANDED to appear and produce records before a notary public at the

offices of STRONG LAW OFFICES, 3100 N. Knoxville Avenue, Peoria, Illinois, **Monday, July**

**19, 2021, at 9:00 a.m.**

YOU ARE COMMANDED ALSO to bring the following:

PHOTOGRAPHS OF THE SCENE OF THE ACCIDENT
AND/OR PHOTOGRAPHS OF THE VEHICLES INVOLVED IN
THE ACCIDENT involving **NICHOLAS MCDANIEL ON
JANUARY 14, 2020 AT THE INTERSECTION OF WEST
BIRCHWOOD STREET AND I-155 NORTH IN MORTON,
ILLINOIS**, but not limited to the items listed on the attached
Exhibit "A."

## EXHIBIT "A"

The following documents shall be produced:

PHOTOGRAPHS OF THE SCENE OF THE ACCIDENT AND/OR PHOTOGRAPHS OF THE VEHICLES INVOLVED IN THE ACCIDENT involving **NICHOLAS MCDANIEL ON JANUARY 14, 2020 AT THE INTERSECTION OF WEST BIRCHWOOD STREET AND I-155 NORTH IN MORTON, ILLINOIS.**

**YOUR FAILURE TO APPEAR I RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

By: */s/ Todd A. Strong*

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

FILED
6/23/2021 7:32 AM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: LR

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF COPYING RECORDS</u>

TO:   Morton Police Department
       Attn:  Records
       375 W. Birchwood Street
       Morton, IL 61550

     PLEASE TAKE NOTICE that on **Monday, July 19, 2021 at 9:00 a.m.\*** Plaintiff will take for purposes of discovery, under Supreme Court Rule 202, the deposition of the Custodian of Records of the **Morton Police Department** regarding **Nicholas A. McDaniel** at the offices of STRONG LAW OFFICES, 3100 N. Knoxville Avenue, Peoria, Illinois, at which time and place you are hereby notified to appear and take part in said examination as you may be advised and as shall be fit and proper.

**\*No deposition will actually be taken, said deposition**
**is only for the purpose of copying records only.**

NICHOLAS A. MCDANIEL, Plaintiff

By: */s/ Todd A. Strong*

Todd A. Strong, ARDC No.:  6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court*
*Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2021-L-000055 |
| | ) | |
| MATTHEW S. MARXEN, | ) | |
| STANDARD FORWARDING, LLC a/k/a | ) | |
| DHL FREIGHT (USA) d/b/a | ) | |
| DHL FREIGHT, and | ) | |
| DHL FREIGHT (USA), INC. d/b/a | ) | |
| DHL FREIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>PROOF OF SERVICE</u>

The undersigned hereby certifies that the foregoing Plaintiff's Subpoena for Discovery Documents and Notice of Copying Records were filed electronically with the Tazewell County Circuit Clerk using the Odyssey eFileIL system on the 23rd day of June, 2021, and will be sent by Strong Law Offices by depositing the same in the United States Mail in Peoria, Illinois, proper postage pre-paid, to the following upon receipt:

Morton Police Department
Attn: Records
375 W. Birchwood Street
Morton, IL 61550

/s/ Todd A. Strong
Todd A. Strong, ARDC No.: 6226190
One of the Attorneys for Plaintiff
*Designated Emails Pursuant to Supreme Court Rule 131(d):*
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

FILED
6/25/2021 12:24 PM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: BJ

# OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE • Secretary of State

June 16, 2021

Strong Law Offices
3100 N. Knoxville Ave.
Peoria, IL  61603

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance
with proper fee(s) have been received on the following:

**Nicholas A. McDaniel v. Matthew S. Marxen,  #21 L 55,  Fee $5.00**

Service has been accepted on 6/16/2021 in compliance with the provisions of
625 ILCS 5/10-301. All inquiries should be made to (312) 814-3154.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

JW:ae
Enclosure

100 W.  Randolph St., Ste. 5-400
James R. Thompson Center
Chicago, Illinois 60601
(312) 814-2262

EX C 2

JESSE WHITE
SEC ~~~~ STATE

JUN 1 6 2021

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

AMT $5.00

NICHOLAS A. MCDANIEL,          )
    Plaintiff,          )          Jury Demand
              )
v.          )          Case No.:  2021-L-000055
              ) Please Serve:
MATTHEW S. MARXEN, STANDARD FORWARDING,          )          Matthew S. Marxen
LLC a/k/a DHL FREIGHT (USA) d/b/a DHL FREIGHT,          )          522 E. 31st Street
and DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT,          )          Davenport, IA 52803
    Defendants.          )

**SUMMONS**

To the defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

    E-filing is now mandatory with limited exceptions. To e-file, you must first create an account with an e-filing service provider. Visit
http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.
    If you need additional help or have trouble e-filing, visit
http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.
    If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

    To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____ **June 9** _____, 2021

_____ GE
Clerk of Court

(Seal of Court)

Name:  Todd A. Strong / Strong Law Offices
ARDC Nos.:  6226190
Attorney for:  Plaintiff
Address:  3100 N. Knoxville Avenue
       Peoria IL 61603
Telephone:  (309) 688-5297
todd@stronglawoffices.com / info@stronglawoffices.com / shelley@stronglawoffices.com

**Registered No.** RE284664281US

**Date Stamp**

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $1.15 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $12.90 | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ $0.00 | $ $14.05 | |
| Customer Must Declare Full Value $0.00 $ | Received by 06/25/2021 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

JUN 25 2021 PEORIA, IL UNITED STATES

OFFICIAL USE

PEORIA, IL 61614

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Strong Law Offices
3100 N Knoxville Ave
Peoria  IL 61603

TO
Matthew Marxen
522 Davenport 31st Street
Davenport  IA 52803

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*
*(See Information on Reverse)*

FILED
Page 17 of 21 3:32 PM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: JY



SHERIFF'S OFFICE OF COOK COUNTY
AFFIDAVIT OF SERVICE



*50082943*

CASE NUMBER: 2021L000055
**DIE DATE: 7/2/2021**      RECEIVED DATE: 6/9/2021          MULT. SER.: 1          DOC. TYPE: LAW
                                                            FILED DATE: 6/9/2021          DIST: 604 DC

| DEFENDANT: | STANDARD FORWARDING LLC | PLAINTIFF: | MCDANIEL, NICHOLAS |
|---|---|---|---|
| | 208 S LaSalle St | ATTORNEY: | STRONG LAW OFFICES |
| | Chicago, IL 60604 | | 3100 N Knoxville Ave |
| | 814 | | PEORIA, IL 61603 |
| ATTACHED FEE AMT: | | | 309-688-5297 |
| SERVICE INFORMATION: | R/A: C T Corporation Syst | | |

## I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

____ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

____ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

____ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

## THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

| | | | |
|---|---|---|---|
| ____ (01) NO CONTACT | ____ (05) WRONG ADDRESS | | ____ (09) DECEASED |
| ____ (02) MOVED | ____ (06) NO SUCH ADDRESS | | ____ (10) NO REGISTERED AGENT |
| ____ (03) EMPTY LOT | ____ (07) EMPLOYER REFUSAL | | ____ (11) OUT OF COOK COUNTY |
| ____ (04) NOT LISTED | ____ (08) CANCELLED BY PLAINTIFF ATTY | | ____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION:

WRIT SERVED ON:  DERRICK HACKETT
SEX: Male                    RACE: Black                 AGE: 30
THIS 17 DAY OF June 2021
TIME: 1:42:00 PM

THOMAS J. DART,
SHERIFF, BY: /S/ HALVORSON, KYLE , Star # 10446 , DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| | : | |
| | : | |
| | : | |
| | : | |

AMO912R



FILED
7/7/2021 2:25 PM
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS
REVIEWED BY: SW

Franklin County Sheriff's Office
Affidavit of Service

RECEIVED
JUL 06 2021
STRONG LAW OFFICES

| | |
|---|---|
| NICHOLAS A MCDANIEL | ) |
| **Petitioner/Plaintiff** | ) |
| | ) |
| -vs- | ) |
| | ) |
| MATTHEW S MARXEN | ) |
| **Respondent/Defendant** | ) |
| | ) |

Case #: 2021L000055
Service #: 2010381

_____

| | | |
|---|---|---|
| **STATE OF OHIO** | ) | |
| | ) | **SS:** |
| **COUNTY OF FRANKLIN** | ) | |

Tami J Stimpfle, being first duly sworn, deposes and says: That he/she is, and was at all times hereinafter mentioned, a duly appointed, qualified as an acting Deputy Sheriff of Franklin County, State of Ohio, a citizen of the United States, not a party to, nor interested in, the above entitled action; that on 06/29/2021, at the hour of 10:08 AM affiant as such Deputy Sheriff served a copy/copies of Out Of State Service 2 out of state summons, 1 out of state complaint, 1 out of state affidavit, and 1 out of state miscellaneous issued in the above entitled action upon R.A. For Dhl Freight (Usa) Inc by delivering to and leaving with said person Residential Service Shelbi at 4400 Easton Commons Way Ct Corporation System Columbus, Oh 43219 within the County of Franklin, State of Ohio.

Shelbi

Dallas L. Baldwin, Sheriff of Franklin County

By: _Tami Stimpfle_ _____
TAMI J STIMPFLE
DEPUTY SHERIFF

**JANET HORNSBY**
Notary Public, State of Ohio
My Commission Expires 10-17-2023

Subscribed and Sworn to before me this:
_30_ of _June_ , _2021_ .

_Janet Hornsby_ _____
Notary Public, State of Ohio

SHFN212

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| NICHOLAS A. MCDANIEL, | ) | |
| Plaintiff, | ) | Jury Demand |
| | ) | |
| v. | ) | Case No.: 2021-L-000055 |
| | ) | Please Serve: |
| MATTHEW S. MARXEN, STANDARD FORWARDING, | ) | C T Corporation System, |
| LLC a/k/a DHL FREIGHT (USA) d/b/a DHL FREIGHT, | ) | R.A. for DHL Freight (USA), Inc. |
| and DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT, | ) | 4400 Easton Commons Way |
| Defendants. | ) | Columbus, OH 43219 |

**SUMMONS**

To the defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory with limited exceptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not·be served later than 30 days after its date.

WITNESS, _____ June 9 _____, 2021

_____ GE

Clerk of Court

Name:   Todd A. Strong / Strong Law Offices
ARDC Nos.: 6226190
Attorney for: Plaintiff
Address: 3100 N. Knoxville Avenue
          Peoria IL 61603
Telephone: (309) 688-5297
todd@stronglawoffices.com / info@stronglawoffices.com / shelley@stronglawoffices.com