IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NICHOLAS A. MCDANIEL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:21-cv-01195-MMM-JEH |
| | ) |
| MATTHEW S. MARXEN, | ) |
| STANDARD FORWARDING, LLC a/k/a | ) |
| DHL FREIGHT (USA) d/b/a DHL | ) |
| FREIGHT, DHL FREIGHT (USA), INC. | ) |
| d/b/a DHL FREIGHT, | ) |
| | ) |
|    Defendants. | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Nicholas A. McDaniel, Plaintiff.

Date:__08/02/2021_____     __/s/ Todd A. Strong_____
                                                             *Attorney's Signature*

                                      __Todd A. Strong, #6226190_____
                                                *Printed name and bar number*

                                      Strong Law Offices
                                      3100 N. Knoxville Avenue
                                      Peoria, IL 61603_____
                                                         *Address*

                                      __tod@stronglawoffices.com_____
                                                *E-mail address*

                                      __(309) 688-5297_____
                                                *Telephone number*

                                      __(309) 688-5340_____
                                                  *FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NICHOLAS A. MCDANIEL, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW S. MARXEN, )<br>STANDARD FORWARDING, LLC a/k/a )<br>DHL FREIGHT (USA) d/b/a DHL )<br>FREIGHT, DHL FREIGHT (USA), INC. )<br>d/b/a DHL FREIGHT, )<br>)<br>   Defendants. ) | Case No.: 1:21-cv-01195-MMM-JEH |

**CERTIFICATE OF SERVICE**

I certify that on April 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CMEF system which will send notification of such filing to the following:

Steven A. Hart (shart@hmelegal.com) – Hart McLaughlin & Eldridge, LLC; and

John (Jack) B. Prior (jprior@hmelegal.com) – Hart McLaughlin & Eldridge, LLC.

and I certify that I have mailed by United States Postal Service the document to the following non CMECF participants:

_____.

                                                                __/s/ Todd A. Strong_____
                                                                *Attorney's Signature*

                                                 __Todd A. Strong, #6226190_____
                                                       *Printed name and bar number*

                                                Strong Law Offices
                                                3100 N. Knoxville Avenue
                                                Peoria, IL 61603_____
                                                                           *Address*

                                                __todd@stronglawoffices.com_____
                                                        *E-mail address*

                                                __(309) 688-5297_____
                                                       *Telephone number*

                                                __(309) 688-5340_____
                                                         *FAX number*