IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NICHOLAS A. MCDANIEL,<br>    Plaintiff,<br><br>v.<br><br>MATTHEW S. MARXEN,<br>STANDARD FORWARDING LLC<br>a/k/a DHL FREIGHT (USA) d/b/a<br>DHL FREIGHT and DHL FREIGHT<br>(USA), INC. d/b/a DHL FREIGHT,<br>    Defendants. | Case No. 1:21-cv-01195-MMM-JEH |

**Order**

On July 15, 2021, Defendants Matthew S. Marxen, Standard Forwarding LLC, and DHL Freight (USA), Inc. filed their Notice of Removal (Doc. 1) alleging diversity of citizenship as the basis of this Court's subject matter jurisdiction. They stated, as supported by the Declaration (Doc. 1-4) of Jack Prior, Esq. (Defendants' counsel), Plaintiff is a citizen of Illinois, Defendant Marxen is a citizen of Iowa, Defendant DHL Freight (USA), Inc. is incorporated in the State of Ohio and its principal place of business is in Plantation, Florida, and Defendant Standard Forwarding LLC is a single-member limited liability company and its sole member is DHL Freight (USA), Inc.

On August 2, 2021, the Plaintiff filed a Reply to Defendants' Notice of Removal (Doc. 4), docketed as a motion, in which Plaintiff's counsel states he reached out to Defendants' counsel with information regarding diversity of citizenship which differs from some of the information provided by Defendants' counsel in the Notice of Removal. Specifically, the Plaintiff's counsel points to

1

information from the Illinois Office of the Secretary of State corporate identity search which "indicates the principal office of Defendant DHL Freight (USA), Inc. is located at the address of 2925 Morton Drive, East Moline, Illinois 61244." (Doc. 4 at pg. 2). If Plaintiff's counsel's information is true and Defendant DHL Freight (USA), Inc.'s principal place of business is in East, Moline, Illinois, that would destroy complete diversity in this case. Plaintiff's counsel further points to Exhibits 2-4 attached to his Reply which "indicate that Defendant Standard Forwarding LLC is incorporated in the State of Illinois and its principal place of business [sic] located at 2925 Morton Drive, East Moline, Illinois 61244," and the State of Ohio does not appear to be a state in which Standard Forwarding, LLC conducts business operation. (Doc. 4 at pgs. 2-3). Defendants' counsel indicated to Plaintiff's counsel that he would follow up with his clients as it was his information and belief that there may be an inadvertent error contained on the Illinois Office of the Secretary of State's website for corporate identity regarding the principal place of business of manager, DHL Freight (USA), Inc.

Plaintiff's counsel states that he concedes that if the information contained in the Declaration of Jack Prior, Esq. (Defendants' counsel) is true, correct, and accurate, then the diversity requirements are met. The Plaintiff's counsel states he "simply brings these matters to the Court's attention out of an abundance of candor regarding the publicly available information regarding Defendants' corporate identities." (Doc. 4 at pg. 4).

The Court has reviewed the Exhibits attached to the Plaintiff's Reply. Exhibit 1 provides the "Entity Information" for Standard Forwarding LLC. The fact that its "Principal Office" is listed as being in East Moline, Illinois says nothing of Standard Forwarding LLC's citizenship. That is so because the citizenship for diversity purposes of a limited liability company is the citizenship of each of its members. *Wise v. Wachovia Securities, LLC*, 450 F.3d 265, 267 (7th Cir. 2006). As

2

Standard Forwarding LLC's sole member is Defendant DHL Freight (USA), Inc., Standard Forwarding LLC's citizenship is that where DHL Freight (USA), Inc. was incorporated and where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ."). The Court is also not convinced DHL Freight (USA), Inc. is an Illinois citizen based upon it being listed as a "Manager" with an East Moline, Illinois address in Exhibit 1 (Doc. 4-1). While Exhibit 2 (Doc. 4-2) provides "Standard [Forwarding LLC's] Corporate Office" is in East Moline, Illinois, again, the Court must look to a LLC's members rather than to where it has its office to determine its citizenship. A "Service Map" on Standard Forwarding LLC's website (Exhibit 3 (Doc. 4-3)) does not cast into doubt Defendants' counsel's Declaration statement that Defendant DHL Freight (USA), Inc. is an Ohio corporation. Similarly, that Standard Forwarding LLC represents on its website that: it has 14 terminals throughout the Midwest: provides overnight service within and between Illinois, Iowa, Wisconsin, Indiana, Minnesota, St. Louis, Missouri, Omaha, Nebraska, and southern Michigan and Canada; and is "headquartered" in East Moline, Illinois (Exhibit 4 (Doc. 4-4)) says nothing of its citizenship.

Certainly, "the party seeking removal has the burden of establishing federal jurisdiction, and federal courts should interpret the removal statute narrowly, resolving any doubt in favor of the plaintiff's choice of forum in state court." *Schur v. L.A. Weight Loss Centers, Inc.*, 577 F.3d 752, 758 (7th Cir. 2009). Nevertheless, at this point in the case and based upon the information currently in the record, the Defendants have sufficiently alleged complete diversity of citizenship exists, as supported by Defendants' counsel's Declaration. The information the Plaintiff has provided only goes so far as to show Defendant Standard Forwarding LLC's

3

principal office is located in East Moline, Illinois and it has as "Manager[]" DHL Freight (USA), Inc. which can be reached at an East Moline, Illinois address.[1] But it does not matter where a LLC's "principal office" is located or the mailing address where a corporation may be reached for purposes of determining LLC or corporate citizenship, respectively. Should either party learn facts definitively establishing that Defendant DHL Freight (USA), Inc. (and therefore Defendant Standard Forwarding LLC) is an Illinois citizen or that Standard Forwarding LLC is an Illinois corporation and not a foreign LLC[2], they must present those facts to the Court immediately. *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 506 (2006) ("The objection that a federal court lacks subject-matter jurisdiction, see Fed. Rule Civ. Proc. 12(b)(1), may be raised by a party, or by a court on its own initiative, at any stage in the litigation, even after trial and the entry of judgment").

*It is so ordered.*

Entered on August 19, 2021.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE

---

[1] The Court will not simply assume that Defendant DHL Freight (USA), Inc.'s "principal office" is in East Moline, Illinois based upon an Illinois Office of the Secretary of State corporate identity search which indicates only that Standard Forwarding LLC has as a "Manager[]" DHL Freight (USA), Inc. with a mere "Address" in East Moline, Illinois.

[2] The Illinois Office of Secretary of State corporate identity search information contained within the Plaintiff's Exhibit 1 provides under "Type of LLC" that Standard Forwarding LLC isa "Foreign." (Doc. 4-1 at pg. 1).