IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NICHOLAS A. MCDANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21-cv-01195-MMM-JEH |
| ) | |
| MATTHEW S. MARXEN, ) | |
| STANDARD FORWARDING, LLC a/k/a ) | |
| DHL FREIGHT (USA) d/b/a DHL ) | |
| FREIGHT, DHL FREIGHT (USA), INC. ) | |
| d/b/a DHL FREIGHT, ) | |
| ) | |
| Defendants. ) | |

## REPORT OF RULE 26(F) PLANNING MEETING AND DISCOVERY PLAN

Plaintiff being represented by STRONG LAW OFFICES and Defendants being represented by HART MCLAUGHLIN & ELDRIDGE, LLC, counsel met on October 13, 2021 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed.

1. Parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by November 15, 2021.

2. The deadline for amendment of pleadings is January 13, 2022.

3. The deadline for joining additional parties is June 13, 2022.

4. Plaintiff shall disclose experts and provide expert reports by February 13, 2023. Plaintiff shall make any such experts available by August 14, 2023.

5. Defendant shall disclose experts and provide expert reports by October 13, 2023. Defendant shall make any such experts available for deposition by April 15, 2024.

6. Discovery shall be modified as follows:

   _____.

7. All discovery, including deposition of experts, is to be completed by May 13, 2024.

8. The deadline for filing case dispositive motions shall be June 13, 2024.

| | |
|---|---|
| NICHOLAS A. MCDANIEL, Plaintiff | MATTHEW S. MARXEN, STANDARD FORWARDING, LLC d/b/a DHL FREIGHT (USA) d/b/a DHL FREIGHT, and DHL FREIGHT (USA), INC. d/b/a DHL FREIGHT, Defendants |
| By: /s/ Todd A. Strong<br>Todd A. Strong, #6226190<br>Strong Law Offices<br>3100 N. Knoxville Avenue<br>Peoria, IL 61603<br>todd@stronglawoffices.com | By: /s/ Jack Prior (with consent)<br>John (Jack) B. Prior, #6306767<br>Hart McLaughlin & Eldridge, LLC<br>22 W. Washington Street, Suite 1600<br>Chicago, IL 60602<br>jprior@hmelegal.com |

## CERTIFICATE OF SERVICE

I hereby certified that on October 15, 2021, I electronically filed the foregoing Rule 26(f) Meeting Report together with proposed order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorney Steven A. Hart
Attorney John (Jack) B. Prior
Hart McLaughlin & Eldridge, LLC
22 W. Washington Street, Suite 1600
Chicago, IL 60602

/s/ Todd A. Strong
Todd A. Strong, ARDC No.: 6226190
One of the Attorneys for Plaintiff
*todd@stronglawoffices.com*
*info@stronglawoffices.com*
*shelley@stronglawoffices.com*
**STRONG LAW OFFICES**
3100 N. Knoxville Avenue
Peoria, IL 61603
(309) 688-5297; Fax: (309) 688-5340

Case No.: 1:21-cv-01195
Page 2 of 2